AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DORIS PROMAN, and GLENN J. PROMAN,

    Plaintiffs,

                                           JUDGMENT IN A CIVIL CASE

           V.                            CASE NUMBER: 4:21-cv-66

SINKHOLE LLC, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 26, 2021, the Court grants Defendants' Motion to Dismiss and dismisses Plaintiffs' claims. This case stands closed.

Approved by: _____

August 10, 2021                                    John E. Triplett, Clerk of Court
Date                                                        Clerk

                                                                            (By) Deputy Clerk

GAS Rev 10/2020